THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Nathaniel
 Teamer, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2010-UP-117
 Submitted January 4, 2010  Filed February
11, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM: Nathaniel Teamer was
 convicted of first-degree burglary, felony driving under the influence with
 great bodily injury, and failure to stop when signaled by law enforcement with
 great bodily injury.  Teamer appeals, arguing the trial judge erred in failing
 to sever the burglary charge from DUI and failure to stop.  Teamer also filed a
 pro se brief.  After a
 thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.
Williams, Pieper,
 and Lockemy, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.